# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**MATTHEW EDWARD KINNEY**                                   **PLAINTIFF**
**ADC #657949**

v.                              No: 3:17-cv-337 DPM

**MIKE ALLEN, Sheriff, Crittenden County;**
**MANDY JOHNSON, Nurse, Crittenden**
**County Jail; and RONNIE COLEMAN,**
**Jail Administrator, Crittenden**
**County Jail**                                             **DEFENDANTS**

## ORDER

**1.** The Court withdraws the reference.

**2.** Kinney hasn't updated his address; his mail is still being returned undelivered. № 18 & № 19. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 August 2018