IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MATTHEW EDWARD KINNEY　　　　　　　　　　　　　　PLAINTIFF
ADC #657949

v.　　　　　　　　　　No: 3:17-cv-337 DPM

MIKE ALLEN, Sheriff, Crittenden County;
MANDY JOHNSON, Nurse, Crittenden
County Jail; and RONNIE COLEMAN,
Jail Administrator, Crittenden
County Jail　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## JUDGMENT

Kinney's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

9 August 2018